PAG ATW

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Civil Division

FILED BY _____ D.C.

MAR 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Bernard Augusme
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

E. X. Carlton, Warden
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (███-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Bernard Augusme

Address      P.O. Box 019120

Miami                    FL            33101
           *City*                *State*        *Zip Code*

County

Telephone Number

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        E. K. Carlton

Job or Title *(if known)*      Warden

Address                       P.O Box 19120

Miami                    FL            33101
           *City*                *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                        Mr. Cheatum

Job or Title *(if known)*      Officer

Address                       P.O Box 19120

Miami                    FL            33101
           *City*                *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

*Fifth, Eighth and Fourteenth Amendments*

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Each defendant is a Bureau of Prisons (BOP) federal employee and acted under color of federal law and neglected to protect and provide adequate medical care for my injuries.*

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

*Federal Detention Center Miami in the dayroom at the phones.*

B.      What date and approximate time did the events giving rise to your claim(s) occur?

*October 13, 2020*

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*I was assaulted and knocked unconscious by an inmate while I was using the phone. There was no one else involved and most of the unit that was out witnessed the assault. The inmate that assaulted me was from another tier and shouldn't have been out of his cell in order to assault me.*

*(See Attachment 1 for details)*

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained a broken jaw and wasn't treated or transported to the hospital until four (4) days later on October 16, 2020 and I went into surgery on October 19, 2020 and was discharged on October 21, 2020.

(see Attachment 1 for details)

**V.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am requesting relief in the following manner:

1. Compensatory, punitive and special damages in the amount of $3 million dollars for the injuries I sustained and for the negligence of the facility in not providing immediate medical care for my injuries, and also for the mental anguish, emotional distress and physical pain I endured for the facilities deliberate indifference in providing me immediate medical care.

2. Suspension of the officer who neglected to lock down the inmate that assaulted me, to deter future officers from neglecting their duties which cause harm to inmates.

3. A written apology from the warden for this facilities mishandling of my medical emergency and not providing me the immediate medical attention I was due.

*PAG ATW*
Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     3 - 9 - 21

Signature of Plaintiff           *Bernard Augusme*

Printed Name of Plaintiff      *Bernard Augusme*

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | *City* | *State* | *Zip Code* |

Telephone Number

E-mail Address

On Oct 13, 2020 I was using the phone, asking my Kidsmother how long do she have left on the turnpike until she reach FDC. Because I was waiting on visotation. Before me ending my phone call, all I can remember is blacking out! In my roommate picking me up off the floor. And then telling me in inmate just hit me and ran to the C.O with his hands up. The C.O took the inmate out of the unit. Then the C.O came in got me from my cell. The Evening Watch Lieutenant came in the Evening Watch Nurse came. They ask me did I know the inmate I said no! Then they took pictures where I was assualted at, I had two knots on my forehead and a swollen jaw. I told them I felt and new my jaw bone was broken. I was taken straight to the S.H.U. I never went down to medical, I told the evening watch nurse, I couldn't open my mouth she said tomorrow I would be taking a X-Ray. In then she brought me Ibuprofen and Ice to place on my jaw. The next day on Oct 14, I seen Doctor Perez come to my cell door but nothing was said and no X-Ray was taken, I told him I was in pain! Then the Day Shif came in moved me out the cell i was in by myself, and placed me in another cell with a inmate and I told day shif I was in pain and they didn't do nothing. Oct 15, when the Warden did his walk through in the SHU I also told him that I was in pain and that I haven't been sleeping or eating and know body brought me down to medical to take my X-Ray. The Warden replyed and said I was under investigation and I'll have to wait until its over. Friday Oct 16, Doctor Perez was in the SHU to do his walk through, I told him yall never came in got me to come take my X-Ray in that I been in

serious pain and haven't been able to sleep or eat in Four Days in I have been telling all the C.O the same thing. Thirty minutes later after talking to Doctor Perez a C.O came to my door in told me get ready for medical. Then I was brought down to medical to take my X-Ray after taking my X-Ray Doctor Perez told me in his office that my jaw was broke! Then he showed me the pictures of my X-Ray and told me I would be going to the Hospital so they can do surgery on me. Leaving medical one of the C.O said to another C.O put me in a cell by myself when I get back to the SHU, but the C.O did not listen she still put me back in the same cell with an inmate. I was transported to Learking Community Hospital Oct 16, and I was addmitted ther then the Doctors told me I would be going through surgery on Oct 19,. The Hospital discharge me Oct 21, when I got back to F.D.C they put me right back in the SHU on Qurotin. I was allowed to make a phone call to my Family and I told them what took place on Oct 13, of me being assualted and having to go through surgery. And my Family was highly upset because nobody at F.D.C reach out to them to contact them to let them no the typ of condition I was in. My family was also calling F.D.C and who ever was at the front desk was lieing telling my family I was oK in everythings fine with me and it was False the whole time.

Bernard Augustine
FDC Miami
P.O Box 019120
Miami, FL 33101

Lega Mail

MIAMI FL 330

10 MAR 2021 PM 1 L

United States District Court

Southern District Of Florida

Office Of The Clerk Room 8N09

400 North Miami Avenue

Miami, FL 33128 - 7716

33128-180549