Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

## for the

Southern District of Florida

Civil Division

|  |  |
|---|---|
| BERNARD AUGUSME | Case No. 21-20990-CIV-ALTMAN |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Amended Complaint |
| "See Attached" | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bernard Acagusme |
| All other names by which you have been known: | N/A |
| ID Number | 26286-104 |
| Current Institution | USP McCreary |
| Address | P.O. Box 3000 |
| | Pine Knot          KY        42635 |
| | *City*          *State*        *Zip Code* |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | E.K. Carlton |
| Job or Title *(if known)* | Warden |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons |
| Address | P.O. Box 19120 |
| | Miami          FL        33101 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity     ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Mr. Cheatum |
| Job or Title *(if known)* | Correctional Officer |
| Shield Number | N/A |
| Employer | Federal Bureau of Prisons |
| Address | P.O. Box 19120 |
| | Miami          FL        33101 |
| | *City*          *State*        *Zip Code* |

☐ Individual capacity     ☐ Official capacity

Defendant No. 3
- Name         A. Perez
- Job or Title *(if known)*   medical staff
- Shield Number   N/A
- Employer   Federal Bureau of Prisons
- Address   P.O. Box 19120

     Miami      FL      33101
      *City*        *State*      *Zip Code*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

       *City*         *State*      *Zip Code*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

     ☑ Federal officials (a *Bivens* claim)

     ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Fifth, Eight and Fourteenth Amendments

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant is an employee of the Bureau of Prisons and acted under color of federal law and neglected to protect from assault or provide adequate medical care for my injuries

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)*   _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Federal Detention Center Miami, in unit dayroom and SHU Oct 13, 2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Oct. 13 2020 — Oct. 16, 2020   approx afternoon (Oct. 13 2020)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken jaw, two lumps on the forehead, and brusies. I received surgery to fix the jaw On Oct. 19, 2020. These injuries were sustained on Oct. 13 2020 but I was not treated until Oct. 16, 2020

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Detention Center Miami.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Deliberate indifference of staff, denial of medical care, and negligence.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

At the institution, appealed to both regional and national offices

2.   What did you claim in your grievance?

I claimed that Z was assaulted due to the negligence and deliberate indifference of staff. That Z informed medical staff and the Warden of my injuries but they failed to provide care in a timely manner

3.   What was the result, if any?

The regional appeal was denied, the national appeal has not made a decision

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed the BP-8, BP-9, BP-10, and BP-11. I am still awaiting the response to the BP-11. However the response to BP-11 is beyond the (80) deadline policy allows so Z can proceed

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____N|A_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

   Plaintiff(s)  _____

   Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.  Docket or index number

   _____

4.  Name of Judge assigned to your case

   _____

5.  Approximate date of filing lawsuit

   _____

6.  Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11-2-21

| | |
|---|---|
| Signature of Plaintiff | *Bernard Augusme* |
| Printed Name of Plaintiff | Bernard Augusme |
| Prison Identification # | 26286-104 |
| Prison Address | P.O. Box 3000 |
| | Pine Knot    KY    42635 |
| | *City          State      Zip Code* |

### B.   For Attorneys

Date of signing:     _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | *City          State      Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

IV  Statement of Claim

0. Facts of the case

1. On September 3, 2020, Inmate Bernard Augusma, Plaintiff, arrived to Federal Detention Center Miami.

2. Unit policy due to COVID was to segregate each housing unit into (4) sections, or "quads".

3. On October 13, 2020 Correctional Officer Cheatum was the officer in charge of the unit.

4. All staff are informed of all unit policies and procedures.

5. On October 13, 2020 Plaintiff was using the unit phone. At some point in the call another inmate assaulted the plaintiff knocking him unconscious.

6. The inmate who assaulted Plaintiff was housed in a different "Quad" from Plaintiff.

7. It was Officer Cheatum's duty to secure the previous "Quad" prior to releasing the next "Quad".

8. Officer Cheatum did not properly secure the assailants "Quad"

9. After Plaintiff was assaulted, he was taken from the unit to be assessed by medical. The nurse on duty interviewed plaintiff and noted two knots on his forehead and a swollen jaw. Pictures of these injuries were taken and Plaintiff further reported that the jaw felt broken and was moving out of place.

10. Plaintiff was taken to SHU after being assessed by medical staff. He was informed that the next day - 10/14/20, he would recieve an x-ray. In the meantime he was provided ibuprofen and ice.

11. On 10/14/20, Dr. Perez came to plaintiff's cell door Plaintiff reported both his injuries and that he was in pain. As a result Plaintiff was moved to another cell During the cell move Plaintiff reported to "Day Shift" staff that he was in pain.

12. On Oct. 15, 2020 Warden Carlton performed a walk-through of the SHU. Plaintiff reported that he was in pain, and that no one had taken him to medical to perform the x-ray. The Warden informed Plaintiff that he was currently under investigation and would have to wait till the investigation was over to recieve treatment.

13. On 10/16/20 Dr. Perez once again as visited in segreg. Plaintiff again reported that the x-ray had not been performed; he was still in pain; and had not been able to sleep or eat for four days.

14. After this conversation with Dr. Perez Plaintiff was taken to medical and an x-ray performed It was confirmed that my jaw was broken.

15. Upon leaving medical one unknown staff instructed another unknown female staff to place me (Plaintiff) in a cell by myself. This instruction was ignored and I was placed with another inmate.

16. Later on Oct. 16, 2020, I was admitted to Leanking Community Hospital. Surgery was performed on 10/19/20 and I was discharged on 10/21/20.

17. Upon my return to FDC Miami, I was able to call my family on 10/21/20. My family had contacted the facility and inquired about my well being. After I informed them about my assault and subsequent surgery they were upset because they were never informed of these incidents. Instead some unknown staff informed them that I was okay.

VI. Relief

I am requesting relief in the following manner:

1. Compensatory, punitive and special damages in the amount of $ 3 million dollars for the physical injuries I sustained and for the negligense of the facility in not providing immediate medical care for my injuries, and also for the mental anguish, emotional distress and physical pain I endured for the staff's deliberate indifference in providing prompt medical care.

2. Suspension of Officer Cheatum for neglecting his duty to secure the "Quad" prior to releasing me out, which caused and resulted in my harm.

3. A written apology from the Warden Carlton acknowleding his staff's failures and mishandling of my medical emergency and not providing me the immediate medical attention I was due.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

Civil Division

BERNARD AUGUSME

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"See Attached"

_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___21-20990-CIV-ALTMAN___
      (to be filled in by the Clerk's Office)


Amended Complaint

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                               Bernard Augusme
All other names by which
you have been known:               N/A
ID Number                          26286-104
Current Institution                USP McCreary
Address                            P.O. Box 3000
                                   Pine Knot          KY       42635
                                   *City*            *State*   *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                               E.K. Carlton
Job or Title *(if known)*          Warden
Shield Number                      N/A
Employer                           Federal Bureau of Prisons
Address                            P.O. Box 19120
                                   Miami              FL       33101
                                   *City*            *State*   *Zip Code*
                                   ☐ Individual capacity    ☐ Official capacity

Defendant No. 2
Name                               Mr. Cheatum
Job or Title *(if known)*          Correctional Officer
Shield Number                      N/A
Employer                           Federal Bureau of Prisons
Address                            P.O. Box 19120
                                   Miami              FL       33101
                                   *City*            *State*   *Zip Code*
                                   ☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name                       A. Perez

    Job or Title *(if known)*    medical staff

    Shield Number         N/A

    Employer            Federal Bureau of Prisons

    Address              P.O. Box 19120

                             Miami          FL      33101

                              *City*          *State*      *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                                *City*          *State*      *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

          ☑ Federal officials (a *Bivens* claim)

          ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

          N/A

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Fifth, Eight and Fourteenth Amendments

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant is an employee of the Bureau of Prisons and acted under color of federal law and neglected to protect from assault or provide adequate medicalcarefor my injuries

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☑   Convicted and sentenced federal prisoner

☐   Other *(explain)*   _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Federal Detention Center Miami, in unit dayroom and SHU Oct 13, 2020

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.       What date and approximate time did the events giving rise to your claim(s) occur?

Oct. 13 2020 — Oct. 16, 2020   approx afternoon (Oct. 13 2020)

    D.       What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken jaw, two lumps on the forehead, and bruises. I received surgery to fix the jaw On Oct. 19, 2020. These injuries were sustained on Oct. 13, 2020 but I was not treated until Oct. 16, 2020

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Detention Center Miami.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Deliberate indifference of staff, denial of medical care, and negligence.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

At the institution, appealed to both regional and national officers

2.    What did you claim in your grievance?

I claimed that Z was assaulted due to the negligence and deliberate indifference of staff. That Z informed medical staff and the Warden of my injuries but they failed to provide care in a timely manner

3.    What was the result, if any?

The regional appeal was denied, the National appeal has not made a decision

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I filed the BP-8, BP-9, BP-10, and BP-11. I am still awaiting the response to the BP-11. However the response to BP-11 is beyond the (30) deadline policy allows so Z can proceed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____N|A_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-2-21

Signature of Plaintiff    *Bernard Augusme*
Printed Name of Plaintiff    Bernard Augusme
Prison Identification #    26286-104
Prison Address    P.O. Box 3000
Pine Knot                                KY          42635
_City_                                  _State_      _Zip Code_

### B.   For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
_City_                          _State_          _Zip Code_
Telephone Number    _____
E-mail Address    _____

IV Statement of Claim

O. Facts of the case

1. On September 3, 2020, Inmate Bernard Augusma, Plaintiff, arrived to Federal Detention Center Miami.

2. Unit policy due to COVID was to segregate each housing unit into (4) sections, or "quads".

3. On October 13, 2020 Correctional Officer Cheatum was the officer in charge of the unit.

4. All staff are informed of all unit policies and procedures.

5. On October 13, 2020 Plaintiff was using the unit phone. At some point in the call another inmate assaulted the plaintiff knocking him unconcious.

6. The inmate who assaulted Plaintiff was housed in a different "Quad" from Plaintiff.

7. It was Officer Cheatum's duty to secure the previous "Quad" prior to releasing the next "Quad".

8. Officer Cheatum did not properly secure the assialants "Quad"

9. After Plaintiff was assaulted, he was taken from the unit to be assessed by medical. The nurse on duty interviewed plaintiff and noted two knots on his forehead and a swollen jaw. Pictures of these injuries were taken and Plaintiff further reported that the jaw felt broken and was moving out of place.

10. Plaintiff was taken to SHU after being assessed by medical staff. He was informed that the next day - 10/14/20, he would receive an X-ray. In the meantime he was provided ibuprofen and ice.

11. On 10/14/20, Dr. Perez came to plaintiff's cell door. Plaintiff reported both his injuries and that he was in pain. As a result Plaintiff was moved to another cell. During the cell move Plaintiff reported to "Day Shift" staff that he was in pain.

12. On Oct. 15, 2020 Warden Carlton performed a walk-through of the SHU. Plaintiff reported that he was in pain, and that no one had taken him to medical to perform the X-ray. The Warden informed Plaintiff that he was currently under investigation and would have to wait till the investigation was over to receive treatment.

13. On 10/16/20 Dr. Perez once again did rounds with Plaintiff again reported that the x-ray had not been performed; he was still in pain; and had not been able to sleep or eat for four days.

14. After this conversation with Dr. Perez Plaintiff was taken to medical and an x-ray performed. It was confirmed that my jaw was broken.

15. Upon leaving medical one unknown staff instructed another unknown female staff to place me (Plaintiff) in a cell by myself. This instruction was ignored and I was placed with another inmate.

16. Later on Oct. 16, 2020, I was admitted to Leanking Community Hospital. Surgery was performed on 10/19/20 and I was discharged on 10/21/20.

17. Upon my return to FDC Miami, I was able to call my family on 10/21/20. My family had contacted the facility and inquired about my well being. After I informed them about my assault and subsequent surgery they were upset because they were never informed of these incidents. Instead some unknown staff informed them that I was okay.

## VI. Relief

I am requesting relief in the following manner:

1. Compensatory, punitive and special damages in the amount of $3 million dollars for the physical injuries I sustained and for the negligence of the facility in not providing immediate medical care for my injuries, and also for the mental anguish, emotional distress and physical pain I endured for the staff's deliberate indifference in providing prompt medical care.

2. Suspension of Officer Cheatum for neglecting his duty to secure the "Quad" prior to releasing me out, which caused and resulted in my harm.

3. A written apology from the Warden Carlton acknowledding his staff's failures and mishandling of my medical emergency and not providing me the immediate medical attention I was due.

Case 1:21-cv-20990-RKA   Document 10-1   Entered on FLSD Docket 11/16/2021   Page 64 of 64

Bernard Augusme 26286-104
United State Penitentiary McCreary
P.O. Box 3000  Unit - 2A
Pine Knot, KY 42635



 

1000

33128

Special/ Legal Mail





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7020 2450 0000 2744 2522

United St

Southern Dis

Office Of The

400 No